**Order entered December 2, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01250-CV

## IN RE JODY LEVIS JOHNSON, Relator

**Original Proceeding from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. W94-53385-P**

## ORDER
Before Justices Reichek, Nowell, and Goldstein

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/     ERIN A. NOWELL
        JUSTICE